IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MATTHEW CANIPE,

     Appellant,

v.

KRYSTAL BARRETT,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3589

Opinion filed June 3, 2016.

An appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

Matthew Canipe, pro se, Appellant.

Michelle Blankenship Jordan of Jordan Peskin, P.A., Chipley, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, WETHERELL, and KELSEY, JJ., CONCUR.